# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY SIGNS, a California corporation,<br><br>  Plaintiff,<br>  v.<br><br>THE AMERICAN INSURANCE COMPANY, INC., an Ohio corporation, and DOES 1 to 10, inclusive,<br><br>  Defendants. | 1:11-cv-993  AWI DLB<br><br>ORDER VACATING JULY 25, 2011, HEARING AND TAKING MATTER UNDER SUBMISSION |

Currently set for hearing and decision on July 25, 2011, is Defendant's motion to dismiss. The Court has reviewed the moving papers and has determined that these matters are suitable for decision without oral argument.  Local Rule 230.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 25, 2011, is VACATED, and the parties shall not appear at that time.  The Court hereby takes Defendant's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 21, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE