IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY SIGNS,<br><br>             Plaintiff,<br>     v.<br><br>THE AMERICAN INSURANCE<br>COMPANY, an Ohio corporation, and<br>DOES 1 to 10 inclusive,<br><br>             Defendant. | 1:11-CV-0993 AWI DLB<br><br>ORDER GRANTING DEFENDANT'S<br>MOTION TO DISMISS THE THIRD<br>CAUSE OF ACTION FOR A<br>VIOLATION OF CALIFORNIA<br>BUSINESS AND PROFESSIONS<br>CODE § 17200<br><br>(Document #5) |

On May 13, 2011, Plaintiff filed a complaint in the Superior Court of the State of California, County of Stanislaus. The first cause of action alleges breach of contract. The second cause of action alleges breach of the implied covenant of good faith and fair dealing. The third cause of action alleges a violation of California Business and Professions Code § 17200. On June 15, 2011, Defendant removed this action to this court pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and more than $75,000.00 is in controversy.

On June 22, 2011, Defendant filed a motion to dismiss the third cause of action for violation of the California Business and Profession Code § 172000. Defendant contends that activities covered by California Insurance Code § 790.03 cannot give rise to a claim pursuant to Section 17200. See Textron Financial Corporation v. National Union Fire Insurance Company of Pittsburgh, 118 Cal.App.4th 1061, 1070-71 (2004). Defendant alleges that the third cause of

action is subject to dismissal because this Section 17200 claim is based on violations of California Insurance Code § 790.03.

On July 8, 2011, Plaintiff filed a statement of non-opposition to Defendant's motion to dismiss the third cause of action. On July 18, 2011, Defendant affirmed its motion only applied to the third cause of action.

Accordingly, the court ORDERS that:

1. Defendant's motion to Dismiss is GRANTED; and
2. The third cause of action brought under California Business and Professions Code Section 17200 is DISMISSED.

IT IS SO ORDERED.

Dated:   August 8, 2011

CHIEF UNITED STATES DISTRICT JUDGE

2