James D. Struck, Esq., State Bar No. 94544
**THE STRUCK FIRM**
125 McHenry Avenue
Modesto, CA  95354
telephone:   (209) 574-1440
Facsimile:    (209) 574-1444

Attorneys for PLAINTIFF, CITY SIGNS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CITY SIGNS, a California Corporation<br><br>*Plaintiff,*<br><br>-vs-<br><br>THE AMERICAN INSURANCE COMPANY, an Ohio Corporation, and DOES 1-10, inclusive<br><br>*Defendants.* | CASE NO: 1:11-CV-00993-AWI-DLB<br><br>**ORDER REMANDING ACTION TO STATE COURT**<br><br>**ORDER CLOSING THIS CASE IN THE UNITED STATES DISTRICT COURT**<br><br>U.S. District Judge: Anthony W. Ishii<br>U.S. Magistrate Judge: Dennis L. Beck<br><br>Date: 8/25/2011<br>Time: 9:15 a.m.<br>Courtroom #9 (6th Floor) |

After consideration of the Stipulation for Remand, and good cause appearing,

IT IS ORDERED that this matter is remanded to the Superior Court of the State of California for the County of Stanislaus.

IT IS SO ORDERED.

Dated:   August 22, 2011                        _____
                                                 CHIEF UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER REMANDING ACTION

1